UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 OCT 17 PM 2:15
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES OF AMERICA,
Respondant

vs.

DONNELL EUGENE GILDER, JR.,
Petitioner

CASE NO(s):
~~1:16-CR-00107-001~~
1:18-cv-02096-JRS-DLP

AFFIDAVIT OF DONNELL E. GILDER, JR. [PETITIONER]

The petitioner in the above stated matter is a PRO SE litigant. As such, his submission must be held to "Less Stringent Standard's than Formal Pleading's Drafted by Lawyer's", See... Ferran v. Town of Nassau, 11 F. 3d 22, 23 (2d Cir. 1993). The court must construe the petitioner's submission's "Liberally and Interpret them to Raise the Strongest Argument's that they Suggest", See.. McPherson v. Coombe, 174 F. 3d 276, 280 (2d. Cir 1999).

I, DONNELL E. GILDER, JR., depose and state that the following FACTS are True and Correct under penalty of perjury, TO WIT:

1) I, Donnell Eugene Gilder, Jr., was arrested Wednesday the 27TH day of April, 2016, and the following facts are related to that arrest, and all following criminal matters related to this case.

2) On, April 27TH, 2016, at Marion County Jail Process Center, I was placed into an Interrogation Room.

3) Two detectives proceeded to interrogate me without counsel.

4) At the time I was 22 years old with no criminal record.

5) I was a Layman to the Law and the officers continued to interrogate me and offer absent promises, using coercion and intimidation.

6) I followed along with the officers coaching but, I have limited knowledge of the incidents that I am charged on.

7) Around the first week of May, 2016 I attended Indianapolis Marion County State Initial Charge Hearing, then proceeded directly to a Federal Indictment Arraignment.

8) Gwendolyn M. Beitz, was assigned as counsel at a later date but before my next court appearance.

9) On or about September, 2016, I directed Attorney Beitz not to continue my trial date or make any decisions without my consent.

10) In September I filed a PRO SE Motion for Disclosure of Evidence.

11) A PRO SE Status Hearing was

was held before the Judge on my PRO SE Status.

12) At the PRO SE Status Hearing I declined to continue PRO SE, the Judge was notified by myself that Counsel should notify me on all manners before hand or proceeding.

13) Defense Counsel Beitz denied my access to evidence. Specifically fingerprint evidence, ballistics reports, and cell phone records.

14) Defense Counsel Beitz denied my access to evidence from failure to investigate or preparation for Trial in familarizing herself with my case.

15) Defense Counsel Beitz presented me a Plea Agreement with a stance of "take it or leave it" ultimatium, either sign this Plea and recieve 35

years or refuse it and risk a trial and being sentenced to Life plus.

16) I was presented with the Plea and asked for my decision at a court proceeding. I signed the Plea in front of Hon. Jane Magnus-Stinson, Chief Judge. I was RUSHED TO JUDGEMENT.

17) My attorney accepted the first Plea from the Government without any resistance.

I, Donnell E. Gilder, Jr., declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above stated FACTS are True and Correct,

Executed on This 14 Day of October 2018, Respectfully Submitted,

Donnell E. Gilder Jr. (PRO SE)
Donnell Eugene Gilder, Jr. (PRO SE)

Donnell Eugene Gilder, Jr., PRO SE
Reg # 15188-028

Beckley Federal Correctional Institution
P.O. Box 350 Beaver, WV
25813-0350

UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF INDIANA