UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
2018 OCT 17 PM 2:15
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

| UNITED STATES OF AMERICA, | CASE NO(S): |
| Respondant | 1:16-CR-00107-001 |
| vs. | |
| DONNELL EUGENE GILDER, JR., | 1:18-cv-02096-JRS-DLP |
| Petitioner | |

## FIRST SET OF INTERROGATORIES FOR

COMES NOW, the Petitioner, DONNELL EUGENE GILDER, JR. in PRO SE, in necessity, and hereby presents this first set of Interrogatories to GWENDOLYN BEITZ, pursuant to Federal Rules of Civil Procedure, Rule 33, to be answered separately in writing and under oath within thirty (30) days. A place for your answer is provided below each Interrogatory. If additional space is needed for your answer use additional paper.

1

Each of the Interrogatories inclusive deemed to be a continuing Interrogatory pursuant to Federal Rules of Civil Procedure, Rule 26(e). The Petitioner, DONNELL E. GILDER, JR., request that GWENDOLYN BEITZ, amend or supplement answers to these Interrogatories promptly and fully if at a later date, the Petitioner, DONNELL E. GILDER, JR., obtains additional facts or obtains or makes assumptions or reaches conclusions that are different from these set forth in the answer to these Interrogatories.

INTERROGATORY NO. 1: GWENDOLYN BEITZ, are you a licensed attorney who is authorized to practice law in the State of INDIANA, and did you represent DONNELL EUGENE GILDER, JR. in the United States District Court for the SOUTHERN District of Indiana?

ANSWER TO NO. 1:




INTERROGATORY NO. 2: GWENDOLYN BEITZ, what steps did you take to investigate defendant's case from it's beginning including, but not limited to, the initial interrogations of defendant, all the supposed evidence the government had as proof of defendant's guilt if decided to go to trial, and/or any exculpatory evidence proving innocence?

ANSWER TO NO. 2:




INTERROGATORY NO. 3: GWENDOLYN BEITZ, did you research all possible laws that would be beneficial in the instance that the

defendant were to be found guilty, such as Youth Act or Safety Valve? If so, explain?

ANSWER TO NO. 3:

INTERROGATORY NO. 4: GWENDOLYN BEITZ, how many plea agreement offers were offered from the Assistant United States Attorney in total?

ANSWER TO NO. 4:

INTERROGATORY NO. 5: GWENDOLYN BEITZ, did you ever present any counter offers concerning plea agreement to the

4

Assistant United States Attorney? If so, explain?

ANSWER TO NO. 5:




INTERROGATORY NO. 6: GWENDOLYN BEITZ, what steps did you make to ensure the defendant could competently comprehend and understand every stage of the process during his criminal case including, but not limited to, charges of the Indictment, plea agreement, rights entitled to the defendant, P.S.I and it's process, and all sentencing process?

ANSWER TO NO. 6:

INTERROGATORY NO. 7: GWENDOLYN BEITZ, have you provided Mr. Gilder with his entire case/work file that you and other Court Appointed Attorney's generated during and pertinent to that client's defense?

ANSWER TO NO. 7:

INTERROGATORY NO. 8: GWENDOLYN BEITZ, how many client attorney visits did you attend while the defendant Mr. Gilder was in Marion County Jail?

ANSWER TO NO. 8:

Date: _____

/s/ _____
GWENDOLYN BEITZ

6