UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DONNELL E. GILDER, JR.,  )
  )
       Petitioner,  )
  )
       v.  )    No. 1:18-cv-02096-JMS-DLP
  )
UNITED STATES OF AMERICA,  )
  )
       Respondent.  )

**ENTRY**

The petitioner's motion to correct subject matter and/or clarify claims, dkt [21], is **denied.** The petition speaks for itself and the petitioner can use his reply brief to argue in support of his claims for relief.

The petitioner's "motion for leave to file for discovery" is a request for a copy of his sentencing and plea transcript. That motion, dkt [22], is **granted.** The **clerk is directed** to mail petitioner a copy of the Transcript of Plea and Sentencing Hearing held on July 10, 2017, available at docket number 63 in case number 1:16-cr-107-JMS-MJD-1.

The petitioner's "motion for plea and sentencing transcripts pursuant to 28 U.S.C. § 753(f) and related documents," requests a copy of all notes and communications between defense counsel and the United States Attorney. This motion, dkt [23], is **denied.** Rule 6 of the Rules Governing § 2255 Proceedings specifically states that any request for discovery "must specify any requested documents," and show good cause for the request. *See* Rule 6(a) and 6(b). There is no basis to conclude that the correspondence sought will assist the petitioner in advancing his claim for relief under § 2255, thus good cause for the request has not been shown. The petitioner's motion references the Seventh Circuit's opinion in *United States v. Chavez*, 623 F. App'x 816, 817 (7th

Cir. 2015), to advance his request. But the focus on *Chavez*, is obtaining copies of documents from the record. *Id.* (citing *Smith v. U.S. District Court Officers*, 203 F.3d 440, 441 (7th Cir. 2000) ("The public, including the parties to a suit, have a right of access to the records of a judicial proceeding."). The correspondence sought by petitioner is not in the criminal case record.

The petitioner shall have **through June 24, 2019,** in which to file any reply in support of his § 2255 motion.

**IT IS SO ORDERED.**

Date: 5/20/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

DONNELL E. GILDER, JR.
15188-028
BECKLEY – FCI
BECKLEY FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 350
BEAVER, WV 25813

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov